UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTELLIGENT SCM, LLC,<br><br>  Plaintiff,<br>  v.<br><br>QANNU PTY LTD, et al.,<br><br>  Defendants. | Case No.: CV 14-6417-DMG (VBKx)<br><br>**FINAL JUDGMENT** |

The Court enters its Final Judgment in this action as follows:

1. Plaintiff Intelligent SCM, LLC ("ISCM") and defendant Bridget Speed have entered into a settlement agreement (the "Settlement Agreement") resolving the claims against her in this action. In accordance with the terms of the Settlement Agreement, the Court awards judgment in the amount of $157,500 against Mrs. Speed and in favor of ISCM, of which $105,000 has already been satisfied, leaving a net judgment amount of $52,500. Except as provided in the Settlement Agreement, ISCM takes nothing from Bridget Speed and/or Andrew Speed in this action.

2. Having granted Plaintiff ISCM's motion for default judgment against Defendant Qannu Pty Ltd. ("Qannu") by order dated September 30, 2016, judgment is entered in favor of ISCM against Defendant Qannu.  Defendant Qannu is ordered to pay ISCM the sum of $182,649.49.

3. The Court shall retain jurisdiction to enforce the Settlement Agreement and this Judgment, and ISCM and Bridget Speed are hereby authorized to seek enforcement of the Settlement Agreement and this Judgment in this Court.

DATED:  October 4, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE